Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A,:

                    Plaintiff-Counterclaim Defendant, :
   -against-                                                No. 10 Civ. 4424 (DLC) (AJP)

DEPFA BANK PLC and LLOYDS TSB BANK PLC;     :

                                                     : **STIPULATION AND PROPOSED ORDER**
                    Defendants-Counterclaimants.    : **EXTENDING TIME TO**
------------------------------------------------------------------- x **RESPOND TO THIRD-PARTY COMPLAINT OF DEPFA BANK PLC**

LLOYDS TSB BANK PLC,                                       :

                    Crossclaimant and
                    Crossclaim Defendant,

                                                     :
   -against-

DEPFA BANK PLC,

                    Crossclaim Defendant
                    and Crossclaimant.

                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: 10/22/2010

------------------------------------------------------------------- x
DEPFA BANK PLC,

                    Third-Party Plaintiff,

   -against-

ACCESS TO LOANS FOR LEARNING STUDENT LOAN
CORPORATION and JPMORGAN CHASE BANK, N.A..

                    Third-Party Defendants.

------------------------------------------------------------------- x
LLOYDS TSB BANK PLC,

                    Third-Party Plaintiff,

   -against-

ACCESS TO LOANS FOR LEARNING STUDENT LOAN
CORPORATION,

                    Third-Party Defendant.
------------------------------------------------------------------- x

817500_1

WHEREAS, the Bank of New York Mellon Trust Company, N.A. filed its Interpleader Complaint on June 3, 2010 against Depfa Bank PLC ("Depfa Bank") and Lloyds TSB Bank PLC;

WHEREAS Depfa Bank filed on September 27, 2010 its Amended Answer, Counterclaims, and Third-Party Complaint, and Answer to Crossclaim (the "Third-Party Complaint"), in which JP Morgan Chase Bank, N.A. ("JP Morgan") is named as a Third-Party Defendant;

WHEREAS Depfa Bank served the Third-Party Complaint on JP Morgan on October 1, 2010 (Docket No. 33);

WHEREAS JP Morgan's response to the Third-Party Complaint is currently due on October 22, 2010; and

WHEREAS JP Morgan has not previously sought any extension of time in this action,

IT IS HEREBY STIPULATED AND AGREEED by and between the undersigned parties that the time for JP Morgan to move against, answer, or otherwise respond to the Third-Party Complaint shall be extended through November 19, 2010. This stipulation shall not affect the conference schedules set forth in the Court's Order, dated August 12, 2010 (Docket No. 11) and its Order for Settlement Conference, dated October 1, 2010 (Docket No. 32).

Dated: October 21, 2010
New York, NY

SATTERLEE STEPHENS BURKE
& BURKE LLP

By: _____
James J. Coster
Glenn Edwards
James Doty
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for JP Morgan Chase Bank, N.A.*

FRIDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
Scott Berman
Eric Seiler
Jeffrey C. Fourmaux
1633 Broadway, 46th Floor
New York, New York 10019
(212) 833-1100
*Attorneys for Depfa Bank PLC*

SO ORDERED:

Dated: 10/22/10

_____
United States District Judge

817500_1

2