UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A, :

                                  Plaintiff-Counterclaim Defendant, :

      -against-                                            No. 10 Civ. 4424 (DLC) (AJP)
                                                                  :                ECF CASE
DEPFA BANK PLC and LLOYDS TSB BANK PLC; :

                                                                  :   **NOTICE OF APPEARANCE**

                                Defendants-Counterclaimants. :
---------------------------------------------------------------------- x
LLOYDS TSB BANK PLC, :

                                   Crossclaimant and
                                   Crossclaim Defendant, :

     -against-   :

DEPFA BANK PLC, :

                                   Crossclaim Defendant
                                   and Crossclaimant. :

---------------------------------------------------------------------- x
DEPFA BANK PLC, :

                                   Third-Party Plaintiff, :

     -against-   :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN :
CORPORATION and JPMORGAN CHASE BANK, N.A..
                                   Third-Party Defendants. :

---------------------------------------------------------------------- x
LLOYDS TSB BANK PLC, :

                                   Third-Party Plaintiff, :

     -against-   :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN :
CORPORATION,

                                   Third-Party Defendant.
---------------------------------------------------------------------- x

1012929_1

TO THE CLERK OF THE COURT:

  I, James J. Coster, hereby appear as attorney for Third-Party Defendant JPMorgan Chase Bank, N.A. in this proceeding and request that you provide electronic notification of filings in this case to me at jcoster@ssbb.com.

Dated: November 3, 2010

  New York, NY

               SATTERLEE STEPHENS BURKE
               & BURKE LLP

               _____s/ James J. Coster_____
               James J. Coster
               230 Park Avenue
               New York, New York 10169
               (212) 818-9200
               *Attorneys for JP Morgan Chase Bank, N.A.*