UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., :

                      Plaintiff-Counterclaim Defendant,  :

-against-

                         :

DEPFA BANK PLC and LLOYDS TSB BANK PLC;

                         Defendants-Counterclaimants.  :
-------------------------------------------------------------------------------- x

LLOYDS TSB BANK PLC,  :

                    Crossclaimant and  :
                    Crossclaim Defendant,

                         :

-against-

                         :

DEPFA BANK PLC,

                         :

                    Crossclaim Defendant  :
                    and Crossclaimant.  :

-------------------------------------------------------------------------------- x

DEPFA BANK PLC,  :

                    Third-Party Plaintiff,  :

          -against-  :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN  :
CORPORATION and JPMORGAN CHASE BANK, N.A..

                       :
                    Third-Party Defendants.  :

-------------------------------------------------------------------------------- x

LLOYDS TSB BANK PLC,  :

                    Third-Party Plaintiff,  :

          -against-  :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN  :
CORPORATION,

                    Third-Party Defendant.
-------------------------------------------------------------------------------- x

No. 10 Civ. 4424 (DLC) (AJP)
     ECF CASE

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

I, Glenn Edwards, hereby appear as attorney for Third-Party Defendant JPMorgan Chase Bank, N.A. in this proceeding and request that you provide electronic notification of filings in this case to me at gedwards@ssbb.com.

Dated:  November 3, 2010

New York, NY

SATTERLEE STEPHENS BURKE
& BURKE LLP

_____ s/ Glenn Edwards _____
Glenn Edwards
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for JP Morgan Chase Bank, N.A.*

2