UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,<br><br>        Plaintiff,<br><br>v.<br><br>DEPFA BANK PLC and LLOYDS TSB BANK PLC,<br><br>        Defendants. | No. 10 CV 4424 (DLC) (AJP)<br><br>**LLOYDS TSB BANK PLC'S ANSWER TO COUNTERCLAIM** |
| DEPFA BANK PLC,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION and JPMORGAN CHASE BANK, N.A.,<br><br>        Third-Party Defendants. | |
| LLOYDS TSB BANK PLC,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION,<br><br>        Third-Party Defendant. | |

Defendant/third-party plaintiff Lloyds TSB Bank plc ("Lloyds"), through its undersigned attorneys, answers the counterclaim of third-party defendant Access to Loans for Learning Student Loan Corporation ("ALL") as follows:

99-142. No answer is required to Paragraphs 99 through 142 of Third-Party Defendant Access to Loans for Learning Student Loan Corporation's Answer and Affirmative

Defenses to Lloyds TSB Bank plc's Amended Third-Party Complaint, dated October 29, 2010, because those paragraphs respond to Lloyds' Third-Party Claims for Relief against ALL, and they do not contain allegations addressed to Lloyds and do not allege any claim for relief against Lloyds. To the extent those paragraphs may be construed to contain any factual allegations against Lloyds, they are denied.

## COUNTERCLAIM AGAINST LLOYDS TSB BANK PLC

143. Lloyds repeats and realleges its responses to Paragraphs 99 through 142 of ALL's Counterclaim as if fully set forth herein.

### Venue and Jurisdiction

144. Paragraph 144 of ALL's Counterclaim states legal conclusions to which no answer is required.

145. Paragraph 145 of ALL's Counterclaim states legal conclusions to which no answer is required.

146. Paragraph 146 of ALL's Counterclaim states legal conclusions to which no answer is required.

### Count One
### (Declaratory Judgment)

147. Lloyds denies the allegations in Paragraph 147 of ALL's Counterclaim, except admits that there is an actual controversy between Depfa, Lloyds, BNY Mellon, and ALL as described in Lloyds' Amended Counterclaims, Crossclaim, and Third-Party Complaint.

WHEREFORE, Lloyds requests that the Court dismiss the counterclaim asserted by ALL herein, and award attorneys' fees, costs, interest, and such further relief as the Court deems just and proper.

Dated: November 19, 2010
       New York, New York

                                    MINTZ LEVIN COHN FERRIS
                                    GLOVSKY AND POPEO, P.C.

                        By: /s/ David L. Barres
                                    Robert I. Bodian
                                    David L. Barres
                                    Omar A. Khondker
                        Chrysler Center
                        666 Third Avenue, 25th Floor
                        New York, New York 10017
                        (212) 935-3000

                        Attorneys for defendant and third-party plaintiff
                        Lloyds TSB Bank plc

## CERTIFICATE OF SERVICE

On November 19, 2010, I caused a true and accurate copy of the foregoing Lloyds TSB Bank plc's Answer to Counterclaim to be served by email and the Court's electronic filing system on:

Judith A. Archer, Esq.
Sarah E. O'Connell, Esq.
FULBRIGHT & JAWORSKI L.L.P
666 Fifth Ave.
New York, NY 10103-3198
jarcher@fulbright.com
soconnell@fulbright.com

*Attorneys for plaintiff
The Bank of New York Mellon Trust Company, N.A.*

Eric Seiler, Esq.
Scott M. Berman, Esq.
Jeffrey C. Fourmaux, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway, 46th Floor
New York, NY 10019-6708
eseiler@fklaw.com
sberman@fklaw.com
jfourmaux@fklaw.com
alevi@fklaw.com

*Attorneys for defendant
DEPFA BANK plc*

Scott R. Kipnis, Esq.
Nicholas B. Malito, Esq.
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
skipnis@hgg.com
nmalito@hgg.com

Dean C. Waldt, Esq.
Mariah Murphy, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
waldtd@ballardspahr.com
murphym@ballardspahr.com

*Attorneys for third-party defendant
Access to Loans for Learning Student Loan Corporation*

James J. Coster
Glenn Edwards
James Doty
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Ave.
New York, NY 10169
jcoster@ssbb.com
gedwards@ssbb.com
jdoty@ssbb.com

*Attorneys for third-party defendant
JP Morgan Chase Bank, N.A.*

Dated: November 19, 2010
New York, New York

_____
Omar A. Khondker