UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
THE BANK OF NEW YORK MELLON TRUST COMPANY, :
N.A.,
                                                              :
                 Plaintiff-Counterclaim Defendant,    No. 10 Civ. 4424 (DLC) (AJP)
        -against-                                             :

DEPFA BANK PLC and LLOYDS TSB BANK PLC;       : STIPULATION AND
                                                 ~~PROPOSED~~ ORDER
                                                : EXTENDING TIME TO
                 Defendants-Counterclaimants.   x RESPOND TO THIRD-PARTY
                                                  COMPLAINT OF DEPFA BANK
------------------------------------------------------------    PLC

LLOYDS TSB BANK PLC,                                          :

                 Crossclaimant and
                 Crossclaim Defendant,
                                                              :
        -against-
                                                              :
DEPFA BANK PLC,
                                                              :
                 Crossclaim Defendant
                 and Crossclaimant.                           :

------------------------------------------------------------- x
DEPFA BANK PLC,                                               :

                 Third-Party Plaintiff,                       :

        -against-                                             :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN     :
CORPORATION and JPMORGAN CHASE BANK, N.A.
                                                              :
                 Third-Party Defendants.                      :
------------------------------------------------------------- x
LLOYDS TSB BANK PLC,                                          :

                 Third-Party Plaintiff,                       :

        -against-                                             :

ACCESS TO LOANS FOR LEARNING STUDENT LOAN     :
CORPORATION,

                 Third-Party Defendant.
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11|23|2010

WHEREAS the Bank of New York Mellon Trust Company, N.A. filed its Interpleader Complaint on June 3, 2010 against Depfa Bank PLC ("Depfa Bank") and Lloyds TSB Bank PLC;

WHEREAS Depfa Bank filed on September 27, 2010 its Amended Answer, Counterclaims, and Third-Party Complaint, and Answer to Crossclaim (the "Third-Party Complaint"), in which JPMorgan Chase Bank, N.A. ("JPMorgan") is named as a Third-Party Defendant;

WHEREAS Depfa Bank served the Third-Party Complaint on JP Morgan on October 1, 2010 (see Docket No. 33);

WHEREAS JPMorgan's response to the Third-Party Complaint was originally due on October 22, 2010; and

WHEREAS JPMorgan has previously sought and received one extension of time, until November 19, 2010, to file its responsive pleading (see Docket No. 40),

IT IS HEREBY STIPULATED AND AGREEED by and between the undersigned parties that the time for JP Morgan to move against, answer, or otherwise respond to the Third-Party Complaint shall be extended through December 10, 2010. This stipulation shall not affect the settlement conference currently scheduled for November 23, 2010 (see Docket No. 32).

*There shall be no further extension.* /s/

Dated: November 19, 2010
New York, NY

SATTERLEE STEPHENS BURKE
& BURKE LLP

By: _____
James J. Coster
Glenn Edwards
James Doty
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for JP Morgan Chase Bank, N.A.*

FRIDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
Scott Berman
Eric Seiler
Jeffrey C. Fourmaux
1633 Broadway, 46th Floor
New York, New York 10019
(212) 833-1100
*Attorneys for Depfa Bank PLC*

SO ORDERED:

Dated: Nov. 22, 2010

_____
United States District Judge