```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

THE BANK OF NEW YORK MELLON TRUST    :
COMPANY, N.A.,
                                     :
              Plaintiff,
                                     :
         -against-
                                     :
DEPFA BANK PLC & LLOYDS TSB BANK
PLC,                                 :

              Defendants.            :

---------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/29/10

10 Civ. 4424 (DLC) (AJP)

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

The settlement conference originally scheduled for December 20, 2010 is rescheduled to **December 21, 2010 at 2:30 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

SO ORDERED.

DATED:     New York, New York
           November 29, 2010

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Denise L. Cote

C:\ORD\