UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., <br><br> Plaintiff, <br><br> -against- <br><br> DEPFA BANK PLC, et al., <br><br> Defendants. | No. 10 Civ. 4424 (DLC)(AJP) <br><br> **ECF FILED** <br><br> **Rule 7.1 Statement by** <br><br> **JPMorgan Chase Bank, N.A.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for JPMorgan Chase Bank, N.A. certify that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of its parent corporation, J. P. Morgan Chase & Co., a publicly held corporation.

Dated:   December 10, 2010
         New York, NY

                                    SATTERLEE STEPHENS BURKE & BURKE LLP

                                    By: _____/s/_____
                                            James J. Coster
                                            Glenn C. Edwards
                                            James Doty
                                        230 Park Avenue
                                        New York, NY 10169
                                        (212) 818-9200
                                        *Attorneys for JPMorgan Chase Bank, N.A.*

1052170_2