UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., <br><br>    Plaintiff, <br><br>  v. <br><br>DEPFA BANK PLC and LLOYDS TSB BANK PLC, <br><br>    Defendants. | No. 10 CV 4424 (JPO) (AJP) <br><br><br>**NOTICE OF MOTION IN LIMINE <br>TO EXCLUDE EVIDENCE <br>OF UTAH TRANSACTION, <br>INCLUDING TRIAL EXHIBIT 21** |
| DEPFA BANK PLC, <br><br>    Third-Party Plaintiff, <br><br>  v. <br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION and JPMORGAN CHASE BANK, N.A., <br><br>    Third-Party Defendants. | |
| LLOYDS TSB BANK PLC, <br><br>    Third-Party Plaintiff, <br><br>  v. <br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION, <br><br>    Third-Party Defendant. | |

  PLEASE TAKE NOTICE that defendant and third-party plaintiff Lloyds TSB Bank plc, by its undersigned attorneys, will move this Court before the Honorable J. Paul Oetken at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 15D, New York, NY 10007, at such time and date as are convenient for the Court, for an Order, under Federal Rules of Evidence 401 and 402 and principles of New York contract law, excluding at

trial the evidence of a transaction between defendant and third-party plaintiff DEPFA BANK plc and the State Board of Regents of the State of Utah, including Trial Exhibit 21.

The motion is supported by the Declaration of Omar A. Khondker and the Memorandum of Law.

This motion is joined by plaintiff The Bank of New York Mellon Trust Company, N.A. and third-party defendants Access to Loans for Learning Student Loan Corporation and JPMorgan Chase Bank, N.A.

Dated: October 31, 2011
      New York, New York

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By: _____
    Robert I. Bodian
    David L. Barres
    Omar A. Khondker
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000

*Attorneys for defendant and third-party plaintiff Lloyds TSB Bank plc*

## CERTIFICATE OF SERVICE

On October 31, 2011, I caused to be served by email a true and accurate copy of the following (except item (3), which is to be served by overnight mail) on the counsel listed below:

1. Pretrial Memorandum of Law of Defendant and Third-Party Plaintiff Lloyds TSB Bank plc;

2. Proposed Findings of Fact and Conclusions of Law of Defendant and Third-Party Plaintiff Lloyds TSB Bank plc;

3. Notice of Motion *in Limine* to Exclude Evidence of Utah Transaction, Including Trial Exhibit 21;

4. Declaration of Omar A. Khondker in Support of Motion *in Limine*;

5. Memorandum of Law of Lloyds TSB Bank plc in Support of Motion *in Limine* to Exclude Evidence of Utah Transaction, Including Trial Exhibit 21; and

6. A binder containing the Deposition Designations and Counter-Designations of Lloyds TSB Bank plc.

Scott M. Berman, Esq.
Eric Seiler, Esq.
Jeffrey C. Fourmaux, Esq.
Alexander D. Levi, Esq.
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
eseiler@fklaw.com
sberman@fklaw.com
jfourmaux@fklaw.com
alevi@fklaw.com

*Attorneys for defendant
DEPFA BANK plc*

Scott R. Kipnis, Esq.
Nicholas B. Malito, Esq.
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
skipnis@hgg.com
nmalito@hgg.com

Dean C. Waldt, Esq.
Mariah Murphy, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
waldtd@ballardspahr.com
murphym@ballardspahr.com

*Attorneys for third-party defendant Access to Loans for Learning Student Loan Corporation*

James J. Coster, Esq.
Glenn Edwards, Esq.
Walter Saurack, Esq.
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Ave.
New York, NY 10169
jcoster@ssbb.com
gedwards@ssbb.com
wsaurack@ssbb.com

*Attorneys for third-party defendant
JP Morgan Chase Bank, N.A.*

Dated: October 31, 2011
        New York, New York

Judith A. Archer, Esq.
Sarah E. O'Connell, Esq.
FULBRIGHT & JAWORSKI L.L.P
666 Fifth Ave.
New York, NY 10103-3198
jarcher@fulbright.com
soconnell@fulbright.com

*Attorneys for plaintiff The Bank of New York
Mellon Trust Company, N.A.*

_____
Omar Khondker