UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A.,

        Plaintiff-Counterclaim Defendant,

   - against -                              No. 10 Civ. 4424 (JPO)

DEPFA BANK PLC and LLOYDS TSB BANK PLC,

        Defendants-Counterclaimants-
        Crossclaimants-Crossclaim
        Defendants.
------------------------------------------------------------------x
DEPFA BANK PLC,

        Third-Party Plaintiff-
        Counterclaim Defendant,

   - against -

ACCESS TO LOANS FOR LEARNING STUDENT
LOAN CORPORATION,

        Third-Party Defendant-
Counterclaimant,

   - and -

JPMORGAN CHASE BANK, N.A.,

        Third-Party Defendant.
------------------------------------------------------------------x
LLOYDS TSB BANK PLC,

        Third-Party Plaintiff,

   - against -

ACCESS TO LOANS FOR LEARNING STUDENT
LOAN CORPORATION,

        Third-Party Defendant.
------------------------------------------------------------------x

## DECLARATION OF SCOTT M. BERMAN
## IN SUPPORT OF DEPFA BANK PLC'S MOTION
## *IN LIMINE* TO EXCLUDE CERTAIN EXPERT TESTIMONY

SCOTT M. BERMAN, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a member in good standing of the Bar of this Court and am a partner at Friedman Kaplan Seiler & Adelman LLP, counsel to Defendant, Counterclaimant, Crossclaimant, Crossclaim Defendant, Third-Party Plaintiff, and Third-Party Counterclaim Defendant Depfa BANK plc ("Depfa").

2. I respectfully submit this declaration to place before the Court certain documents in support of Depfa's motion *in limine* to exclude certain testimony.

3. I attach as Exhibit A a true and accurate copy of the Expert Report of Robert Dean Pope dated August 5, 2011.

4. I attach as Exhibit B a true and accurate copy of the Rebuttal Expert Report of Robert Dean Pope dated August 30, 2011.

5. I attach as Exhibit C a true and accurate copy of excerpts from the transcript of the deposition of Robert Dean Pope dated September 23, 2011.

6. I attach as Exhibit D a true and accurate copy of the Report of Robert I. Landau dated August 5, 2011.

7. I attach as Exhibit E a true and accurate copy of the Rebuttal Report of Jeffrey L. Baliban dated August 31, 2011.

8. I attach as Exhibit F a true and accurate copy of excerpts from the transcript of the deposition of Jeffrey L. Baliban dated September 29, 2011.

1042337.1

9. I attach as Exhibit G a true and accurate copy of the Expert Report of Joel J. Powers dated August 5, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2011.

_____
SCOTT M. BERMAN