UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPFA BANK PLC and LLOYDS TSB BANK PLC,<br><br>        Defendants. | No. 10 CV 4424 (JPO) (AJP)<br><br>**DECLARATION OF OMAR A. KHONDKER IN OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ROBERT DEAN POPE** |
| DEPFA BANK PLC,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION and JPMORGAN CHASE BANK, N.A.,<br><br>        Third-Party Defendants. | |
| LLOYDS TSB BANK PLC,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION,<br><br>        Third-Party Defendant. | |

OMAR A. KHONDKER, pursuant to 28 U.S.C. § 1746, declares:

1. I am a member of the New York bar and associated with Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., attorneys for defendant and third-party plaintiff Lloyds TSB Bank plc ("Lloyds"). As counsel for Lloyds, I am familiar with the facts and circumstances of this case.

2.      I respectfully submit this declaration in opposition to DEPFA BANK plc's motion *in limine* to exclude the expert testimony of Lloyds' expert, Robert Dean Pope. The purpose of this declaration is to present the deposition testimony cited in the Memorandum of Law opposing Depfa's motion.

3.      Attached hereto as Exhibit A is a true copy of selected pages from the deposition transcript of Joel J. Powers dated September 27, 2011.

4.      All documentary exhibits cited in the Memorandum of Law are located in the Trial Exhibit binders submitted to the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2011.

_____
Omar A. Khondker