

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Plaintiff-Counterclaim Defendant,

-against-

DEPFA BANK PLC and LLOYDS TSB BANK PLC,

    Defendants-Counterclaimants.

---

DEPFA BANK PLC,

    Third-Party Plaintiff,

-against-

ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION and JPMORGAN CHASE BANK, N.A.,

    Third-Party Defendants.

---

LLOYDS TSB BANK PLC,

    Third-Party Plaintiffs,

-against-

ACCESS TO LOANS FOR LEARNING STUDENT LOAN CORPORATION.

    Third-Party Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 3 2012

Case No.: 10-CV-4424 (JPO) (AJP)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Access to Loans for Learning Student Loan Corporation, The Bank of New York Mellon Trust Company, N.A., DEPFA BANK plc, Lloyds TSB Bank plc and JPMorgan Chase Bank, N.A. (being all of the parties to this action), through their undersigned counsel, that the above-captioned action, including all claims, counterclaims, cross-claims, third-party claims, third-party counterclaims, and third-party cross-claims, is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

55829539 1

Dated:   March 30, 2012

| | |
|---|---|
| The Bank of New York Mellon Trust Company, N.A.<br><br>By: _____<br>Judith A. Archer, Esq.<br>Sarah E. O'Connell, Esq.<br>Fulbright & Jaworski, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Tel.: 212.318.3000<br>Fax: 212.318.3400 | DEPFA BANK plc<br><br>By: _____<br>Scott M. Berman, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>7 Times Square<br>New York, N.Y. 10036-6516<br>Tel.: 212.833.1120<br>Fax: 212.373.7920 |
| Lloyds TSB Bank plc<br><br>By: _____<br>David L. Barres, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>666 Third Avenue<br>New York, NY 10017<br>Tel.: 212.935.3000<br>Fax: 212.983.3115 | Access to Loans for Learning Student Loan Corporation<br><br>By: _____<br>Dean C. Waldt, Esq.<br>Mariah Murphy, Esq.<br>Ballard Spahr LLP<br>1 East Washington Street<br>Suite 2300<br>Phoenix, AZ 85004-2555<br>Tel.: 602.798.5480<br>Fax: 602.798.5595 |
| JPMorgan Chase Bank, N.A.<br><br>By: _____<br>James J. Coster, Esq.<br>Glenn C. Edwards, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Suite 1130<br>New York, New York 10169<br>Tel.: (212) 404-8700<br>Fax: (212) 818-9606 | SO ORDERED:<br><br>_____<br>United States District Judge |

Dated:      March 30, 2012

The Bank of New York Mellon Trust          DEPFA BANK plc
Company, N.A.

By: _____          By: _____
    Judith A. Archer, Esq.                      Scott M. Berman, Esq.
    Sarah E. O'Connell, Esq.                    Friedman Kaplan Seiler & Adelman LLP
    Fulbright & Jaworski, LLP                   7 Times Square
    666 Fifth Avenue                            New York, NY 10036-6516
    New York, NY 10103                          Tel.: 212.833.1120
    Tel.: 212.318.3000                          Fax: 212.373.7920
    Fax: 212.318.3400

Lloyds TSB Bank plc                         Access to Loans for Learning Student Loan
                                            Corporation

By: *David L. Barres* (signature)           By: _____
    David L. Barres, Esq.                       Dean C. Waldt, Esq.
    Mintz, Levin, Cohn, Ferris, Glovsky         Mariah Murphy, Esq.
    and Popeo, P.C.                             Ballard Spahr LLP
    666 Third Avenue                            210 Lake Drive East, Suite 200
    New York, NY 10017                          Cherry Hill, NJ 08002
    Tel.: 212.935.3000                          Tel: 856.761.3400
    Fax: 212.983.3115                           Fax: 856.761.1020

JPMorgan Chase Bank, N.A.
                                            SO ORDERED:

By: _____
    James J. Coster, Esq.
    Glenn C. Edwards, Esq.                  _____
    Satterlee Stephens Burke & Burke LLP    United States District Judge
    230 Park Avenue, Suite 1130
    New York, NY 10169
    Tel.: (212) 404-8700
    Fax: (212) 818-9606

Dated: March 30, 2012

The Bank of New York Mellon Trust Company, N.A.

By: _____
Judith A. Archer, Esq.
Sarah E. O'Connell, Esq.
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103
Tel.: 212.318.3000
Fax: 212.318.3400

Lloyds TSB Bank plc

By: _____
David L. Barres, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017
Tel.: 212.935.3000
Fax: 212.983.3115

JPMorgan Chase Bank, N.A.

By: _____
James J. Coster, Esq.
Glenn C. Edwards, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel.: (212) 404-8700
Fax: (212) 818-9606

DEPFA BANK plc

By: _____
Scott M. Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
Tel.: 212.833.1120
Fax: 212.373.7920

Access to Loans for Learning Student Loan Corporation

By: _/s/ Mariah Murphy_____
Dean C. Waldt, Esq.
Mariah Murphy, Esq.
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel: 856.761.3400
Fax: 856.761.1020

SO ORDERED:

_____
United States District Judge

Dated:  March 30, 2012

| | |
|---|---|
| The Bank of New York Mellon Trust Company, N.A. | DEPFA BANK plc |
| By: _____<br>Judith A. Archer, Esq.<br>Sarah E. O'Connell, Esq.<br>Fulbright & Jaworski, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Tel.: 212.318.3000<br>Fax: 212.318.3400 | By: _____<br>Scott M. Berman, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>7 Times Square<br>New York, NY 10036-6516<br>Tel.: 212.833.1120<br>Fax: 212.373.7920 |
| Lloyds TSB Bank plc | Access to Loans for Learning Student Loan Corporation |
| By: _____<br>David L. Barres, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>666 Third Avenue<br>New York, NY 10017<br>Tel.: 212.935.3000<br>Fax: 212.983.3115 | By: _____<br>Dean C. Waldt, Esq.<br>Mariah Murphy, Esq.<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>Tel: 856.761.3400<br>Fax: 856.761.1020 |
| JPMorgan Chase Bank, N.A.<br>By: *[signature]*<br>James J. Coster, Esq.<br>Glenn C. Edwards, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>Tel.: (212) 404-8700<br>Fax: (212) 818-9606 | SO ORDERED:<br><br>*[signature]*<br>United States District Judge<br>4/2/12 |